```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

UNITED STATES,
        Plaintiff,

v.                                    CASE NO. 15-00083-WS

BENJAMIN MEEK CHILDERS,II
        Defendant,

## MOTION FOR RETURN OF PROPERTY

COMES NOW the undersigned on behalf of Rick Michael Cross and pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure moves this court for an order authorizing the United States to return to Rick Michael Cross the following weapons which were seized during the arrest of the defendant in the above-styled case:[1]

       b) Smith & Wesson .357 Magnum, Serial number 144K476;
       c) Glock model 24, serial number WLK435;
       g) Stevens model 550, 12 gauge, serial101203J;
       i) Smith & Wesson .22LR, serial number 61961;
       j) Ruger Carbine .40 caliber, serial number 48008050;
       k) P30 pistol, serial number 16073;
       m) Ruger model 1022, serial number 23775725;
       n) Winchester model 74, .22 short, serial number 69522;
       p) Ruger MK II .22 LR, serial number 219-48274;
       t) Escort shotgun, serial number 024846;
       w) Winchester rifle, serial number 675743;
       y) Glock 22, serial number A VP949;
       z) CZ model 712, serial number 03A3883;
       aa) Ruger MK II, serial number 211-47002
       bb) SKS Lower Receiver, serial number AK4650;
       cc) SKS Lower Receiver, serial number DV8225; and,
       dd) SKS Lower Receiver, serial number EM4926.

As grounds for this motion he would show that these guns are owned by Rick Michael Cross and had no connection to either the crime

---

[1] The defendant relinquished title to any weapons that were found in his house, including these. For ease of identification, the numbering system that was used to identify them in his plea agreement has been retained.

1

or to Childers, save for the fact that they had been stored at the defendant's house for safe keeping or were being repaired.

```
                                    s/DOMINGO SOTO
                                    Domingo Soto
                                    SOTOD0690
                                    MADDEN & SOTO
                                    Attorney for Rick Michael Cross
                                    465 Dauphin Street
                                    Mobile, Alabama  36602
                                    251-432-0380 (voice)
                                    251-865-7686 (mobile)
                                    251-433-5964 (fax)
                                    Soto@maddenandsoto.com
```

CERTIFICATE OF SERVICE

I hereby certify that I have on this August 7, 2015 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Michele O'Brien
63 S. Royal Street
Mobile Al 36602
251-441-5845
251-441-5472
Michele.OBrien@usdoj.gov
Party Represented:
United States